IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   Case No. 18-cr-00103-EGS-6 |
| | * |
| CANDY EVANS, | * |
|     Defendant | * |
| | * |

ooOoo

**CONSENT MOTION TO EXTEND TIME FOR FILING REPLY
UNTIL AFTER COUNSEL IS ABLE TO SPEAK WITH MS. EVANS**

    Candy Evans, by her undersigned counsel, hereby moves this Honorable Court to extend the time for filing her reply to the Government's Opposition (ECF 524) to her Motion to Reduce and Modify Sentence (ECF 518) until such time as she is afforded an attorney-client telephone conversation with Ms. Evans by FCI Danbury. AUSA Kleinman consents to this request.

    1.    Ms. Evans reported to FCI Danbury on Friday, June 28, 2024.

    2.    Since that time, counsel has been unsuccessful in scheduling an attorney-client call with Ms. Evans to determine the status of her medical situation.

    3.    On Monday, July 1, counsel telephoned FCI Danbury to speak to Ms. Evans' Case Manager, which is the customary method for scheduling attorney-client calls at BOP facilities but the Case Manager was not available.

    4.    On Tuesday, July 2, 2024, counsel was first able to speak to Ms. Evans' Case Manager, who stated that he would not be meeting with Ms. Evans until she had been at FCI Danbury for 28 days so he suggested that I email the facility to schedule an attorney-client call.

    5.    That same day, on July 2, 2024, counsel emailed FCI Danbury requesting an attorney-client call in reference to a pending motion.

6. On July 5, 2024, as FCI Danbury had not yet responded, counsel sent a follow-up email seeking to schedule a call. Later that day, the executive assistant at FCI Danbury emailed that they had received my "inquiry regarding a legal call. The assigned counselor is copied on your request and will work with you to coordinate the call."

7. To date, a legal call has not been made available.

8. Before filing Ms. Evans' reply to the government's opposition to compassionate release, it would be helpful to determine whether Ms. Evans is experiencing any difficulties with the level of medical care that she is receiving and whether she has access to insulin and other medications essential to her well-being.

9. AUSA Kondi J. Kleinman consent to this request.

WHEREFORE, Ms. Evans respectfully requests an extension to file the Reply to the Government's Opposition to Defendant's Motion to Reduce and Modify Sentence until three days after counsel is able to have an attorney-client call with Ms. Evans.

Respectfully submitted,

*/s/ Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 8th day of July, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**